UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN J. ALFOND<br><br>　　　Plaintiff<br><br>v.<br><br>THE SCHREIBER LAW FIRM, LLC<br><br>　　　Defendant | Case No. 14-10394-DPW<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal *with prejudice* of this action, and all rights of appeal shall be and hereby are waived by all parties.

Respectfully submitted,

| | |
|---|---|
| */s/ Josef C. Culik* | */s/ Edward C. Dial, Jr.* |
| Josef C. Culik (BBO #672665) | Edward C. Dial, Jr. (BBO #639510) |
| CULIK LAW PC | THE SCHREIBER LAW FIRM, LLC |
| 18 Commerce Way, Suite 2850 | 53 Stiles Road, Suite A102 |
| Woburn, MA 01801 | Salem, NH 03079 |
| (617) 830-1795 | (603) 893-3426 |
| jculik@culiklaw.com | edial@schreiblaw.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| Brian J. Alfond | The Schreiber Law Firm, LLC |

July 7, 2014

1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 7, 2014.

/s/ *Josef C. Culik*
Josef C. Culik
